

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00758-CR

Jordan Alexander **EATON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2023CR8146
Honorable Joel Perez, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE MCCRAY, AND JUSTICE MEZA

In accordance with this court's memorandum opinion of this date, the two judgments, signed on October 31, 2024, are REVERSED and the case is REMANDED for a new trial.

SIGNED December 23, 2025.

_____
Rebeca C. Martinez, Chief Justice